**UNITED STATES DISTRICT COURT**
**District of Connecticut**
**U.S. Probation & Pretrial Services**

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

# MEMORANDUM

December 9, 2022

**To:** Honorable Michael P. Shea
Chief United States District Judge
Hartford, Connecticut

**From:** Jorge L. Vargas
Sr. U.S. Probation Officer
Bridgeport, Connecticut

**Through:** Victoria Aguilar
Supervising U.S. Probation Officer
Bridgeport, Connecticut

**Subject:** HASAN, Amin
DKT. No.: 3:21CR00046 (MPS)
Request for Modification of Special Conditions of Supervised Release

On October 17, 2022, Amin Hasan appeared before Your Honor for sentencing having pled guilty to Unlawful Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Mr. Hasan was sentenced to 24 months' imprisonment, followed by 3 years' supervised release. Mr. Hasan's term of supervised release was slated to commence immediately upon release from state prison.

In addition to the mandatory and standard conditions of supervision, the Court imposed several special conditions of supervised release which include but are not limited to the following:

> Special Condition No. 1: "You must reside at a residential reentry center which would be the Drapelick Center for the first six months on supervised release or until housing is secured and approved by the Probation Office. You must follow the rules and regulations of the center."

> Special Condition No. 3: "You must not enter the city of Stamford, Connecticut except for authorized visits with your son and to attend activities, including sporting events, in which your son participates outside the home."

Mr. Hasan was scheduled to appear before the State of Connecticut Judicial District Court in Stamford on November 29, 2022. It was anticipated that on that date, Mr. Hasan's pending state mattes would be disposed, and he would be released from the custody of the State of Connecticut Department of Correction. If released, Mr. Hasan would have entered federal custody and his sentence would have been recalculated, eventually leading to his release. As a result, the U.S. Probation Office had secured a bed for Mr. Hasan at the Drapelick Center between November 29, 2022 and November 30, 2022.

However, Mr. Hasan's state cases were not resolved. Instead, his hearing was postponed until December 14, 2022. As a result, the U.S. Probation Office is still awaiting further confirmation from the Bureau of Prison's residential re-entry manager in conjunction with the Drapelick Center regarding availability on or about December 14, 2022. It is possible that the U.S. Probation Office will need to assist Mr. Hasan with housing alternatives if a bed is not available by then. This may include temporary, housing in a hotel/motel.

Therefore, it is respectfully recommended that the following special condition be imposed by the Court:

> (1) "If released and placement at a Residential Re-entry Center (RRC) is not yet available, you will be subject to home detention until such time that admission could be secured at the Drapelick Center. You must comply with all the program requirements and instructions provided. While on home detention, you shall be restricted to your residence at all times except for the following: appointments with counsel, court appearances, appointments with the U.S. Probation Office, medical, mental health, or substance abuse treatment, religious services, Court-ordered obligations and other activities approved by the Probation Office."

It is also respectfully recommended that Special Condition No. 3, instructing Mr. Hasan not to enter the city of Stamford, Connecticut except for authorized visits with his son and to attend activities in which his son participates outside the home, be supported by the following special condition of supervised release:

> (2) "The defendant shall submit to Stand Alone (GPS) Location Monitoring. The U.S. Probation Officer shall monitor compliance with the protective order imposed by the State of Connecticut and an exclusion zone shall be created around the protected persons' residence, and the City of Stamford. The defendant must comply with all the

> program requirements and instructions provided. The defendant shall pay all or a portion of the costs of location monitoring based on his ability to pay as determined by the Probation Office."

Due to Mr. Hasan's history of mental illness and limited personal resources, it is believed the following conditions will assist Mr. Hasan's transition into the community, providing structure and assisting the U.S. Probation Office to assure that the defendant is complying with the conditions of supervised release. Mr. Hasan's attorney and the government have been advised of the noted request for modification. Counsel for Mr. Hasan advised that they could not provide a position on this request without first discussing with the defendant.

Should Your Honor have any questions or concerns regarding this request, we will provide any further information necessary.

| Approved: | Denied: |
| --- | --- |
| ______________________ | ______________________ |
| Hon. Michael P. Shea<br>Chief U.S. District Judge | Hon. Michael P. Shea<br>Chief U.S. District Judge |

Cc: Patrick Doherty, AUSA, and Moira L. Buckley, AFD