4-11-23

To The Honorable Judge Michael Shea,

On December 6, 2020 I was interviewed at the Stamford, Connecticut police station by two fbi agents. It might of been one fbi agent and one atf agent. During the first 2 or 3 minutes I disclosed to the agents that the Stamford police are running protection for a Columbian cocaine cartel. I explained to them that on June 5, 2017 I was almost killed by Diedrick Mohn and William Petrone of the Stamford police department. I explained to them that the members of that cartel wanted me to join, but I refused. On October of 2016 Diedrick Mohn asked me to join their cartel. I refused. I also disclosed to those agents that my ex-wife Alva Carter and her boyfriend plotted with the Stamford police to kill me. Their scheme was to get her the 1 million dollar insurance premium. That's why Mohn asked me to fight him twice on that traffic stop. The plan was for me to fight Mohn and officer Petrone was going to use his service weapon to shoot me dead. It was a great scheme because the officers could've said they were scared for their life. It plays. My wife gets the money. The Colombian gets me gone. I disclosed to the agents on December 6, 2020

that members of this cartel were my neighborhood associates, because we were neighbors. They bought up much of the real estate up in the 06905 zip code from 2013 - 2017. Then I disclosed to the agents that the Colombians set up a distribution network throughout various mobil gas stations throughout Connecticut. The mobil gas station on High ridge road is where you can get your cocaine or crack cocaine and go about your business.

I believe those agents purposely did not want you to hear that a Colombian cartel took over a city in Connecticut. I believe that they did not want you to hear that the police tried to kill me for money.

That's why even with that video I could not get justice. Judge Gary White was in on this scheme too. That's why he refused to view the video before he denied my a/r application/ hearing. That's why he allowed officer Rohn to lie under oath.

Currently I am at the chrpe leck center in Bloomfield, Connecticut. Unfortunately I had to contact the Hartford dea and explained to them that the workers here is trafficking cocaine. They

are stashing the drugs in the ceiling tiles and in the walls. I could not believe what I was seeing here. Then I discovered that the colombian cartel operating on bradley place and snow crystal lane in stamford are controlling the drop luck center.

I notified Vanessa Roberts Avery about this. She said I should consult my federal attorney Moira Buckley to help me make a citizens complaint about this state wide drug ring. Ironically attorney Buckley said she will not help me.

That is why I wrote you this letter.

P.S

My cousin Alva Carter decided to let her house be a drug stash house. The dangerous thing about this is that my son Ishmael Amin Hassan is in the house. He is only 12 years old. He is a minor. His mother and her boyfriend are using cocaine around him.

Sincerely,

Amin Hassan