## UNITED STATES DISTRICT COURT

### District of Connecticut

UNITED STATES OF AMERICA

v.  CRIMINAL NO: 0205 3:21CR00046-001 (MPS)

Amin Hasan

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On October 17, 2022, Amin Hasan appeared before the Honorable Michael P. Shea, Chief United States District Judge, having pled guilty to Unlawful Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Mr. Hasan was sentenced to a term of 24 months' imprisonment, followed by 36 month's supervised release.

Whereas, at a Compliance Hearing before this Court on September 12, 2023, Mr. Hasan, who was represented by counsel and given an opportunity to be heard, was provided with clear instruction of behavioral expectations and directed to follow the conditions of supervised release. At that time, Mr. Hasan respectfully requested through counsel that his existing term at the residential reentry center be extended for an additional 60 days to further assist in his transition to the community.

At the hearing, the Court agreed to modify the conditions of supervised release to include an additional 60 days at the residential reentry center. Mr. Hasan acknowledged the Court's Order and agreed through counsel to abide by noted conditions. He was also advised that placement at the residential reentry center would be subject to availability.

IT IS SO ORDERED that the conditions of supervised release be modified to include the following:

1. You must reside at a Residential Reentry Center (RRC) which would be the Drapelick Center for an additional sixty (60) days following the first eight (8) months on supervised release or sooner if housing is secured and approved by the Probation Office. You must follow the rules and regulations of the center.

All other aspects of the original judgement shall remain in full force and effect.

Signed and dated at Hartford, Connecticut this ___29th___ day of September 2023.

/s/ MICHAEL P. SHEA
The Honorable Michael P. Shea
Chief United States District Judge